# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IS3 TEAM, LLC, <br>     Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br>     Defendant. | CIVIL ACTION <br><br> No. 2:22-cv-00909-MMB |

## STIPULATION OF DISMISSAL

AND NOW, this 29th day of March, 2024, Plaintiff IS3 Team, LLC and Defendant Arch Insurance Company, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| WEIR GREENBLATT PIERCE LLP | STRADLEY RONON STEVENS & YOUNG, LLP |
|---|---|
| BY:   */s/ Jennifer Hiller Nimeroff* <br>     Jennifer Hiller Nimeroff, Esquire <br>     PA Bar No.: 86770 <br>     1339 Chestnut Street <br>     Suite 500 <br>     Philadelphia, PA 19107 <br>     (215) 665-8181 <br>     *Attorneys for Plaintiff* | BY:   */s/ Patrick Kingsley* <br>     Patrick Kingsley <br>     PA Bar No.: 62915 <br>     2005 Market Street <br>     Suite 2600 <br>     Philadelphia, PA 19103 <br>     (215) 564-8029 <br>     *Attorneys for Defendant* |